**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE COTA, et al., | ) Case No.: 1:18-cv-0133 - DAD – JLT |
| Plaintiffs, | ) ORDER DIRECTING PLAINTIFFS TO SHOW<br>) CAUSE WHY THE ACTION SHOULD NOT BE |
| v. | ) DISMISSED FOR PLAINTIFF'S FAILURE TO<br>) PROSECUTE AND FAILURE TO COMPLY WITH |
| LIBERTY MUTUAL INSURANCE<br>COMPANY, | ) THE COURT'S ORDER<br>) |
| Defendant. | ) ORDER VACATING THE SCHEDULING<br>) CONFERENCE SET FOR JUNE 20, 2018 |
| | ) |

On March 23, 2018, the Court granted Defendant's motion to dismiss, and directed Plaintiffs to file an amended complaint within thirty days. (Doc. 1 at 6) Plaintiffs did not file an amended complaint, but filed a notice of voluntary dismissal. (Doc. 14) However, the notice was not signed, and it did not indicate Defendant consented to the dismissal. (*See id.*) Accordingly, the Court ordered Plaintiffs to file a stipulation for dismissal. (Doc. 15) In response, Plaintiffs submitted a letter stating they "will not dismiss this case". (Doc. 16 at 1, emphasis omitted) To date, Plaintiffs have not filed an amended complaint in compliance with the Court's prior order, or requested an extension of time.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831

(9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules.  *See*, *e.g*. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, the Court **ORDERS**:

1.	Plaintiffs **SHALL** show cause **no later than June 29, 2018** why the action should not be dismissed for their failure to prosecute and to follow the Court's Order dated March 23, 2018, or in the alternative, file an amended complaint; and

2.	The Scheduling Conference set for June 20, 2018 is **VACATED**.


IT IS SO ORDERED.

Dated:	**June 13, 2018**	        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE