**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE COTA, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>LIBERTY MUTUAL INSURANCE COMPANY, <br><br>　　　　Defendant. | Case No.: 1:18-cv-0133 - DAD – JLT <br><br>ORDER WITHDRAWING THE ORDER TO SHOW CAUSE DATED JUNE 13, 2018 |

On June 13, 2018, the Court issued an order to show cause to Plaintiffs for failure to file an amended complaint. (Doc. 17) On June 19, 2018, the Clerk of Court docketed correspondence from Plaintiffs that was received June 12, 2018. (Doc. 18) Evidently, Plaintiffs intend the letter and its attachments to be the amended pleading. Accordingly, the Court **ORDERS** the order to show cause dated June 19, 2018 is **WITHDRAWN**.

IT IS SO ORDERED.

　　Dated: __**July 2, 2018**__　　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1